UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD ANTHONY THROOP, | ) | NO. CV 07-02432 GPS (SS) |
| | ) | |
| Petitioner, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | |
| LARRY SCRIBNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: Oct. 5, 2008

_____
GEORGE P. SCHIAVELLI
UNITED STATES DISTRICT JUDGE