# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANTHONY THROOP,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>LARRY SCRIBNER, Warden,<br><br>　　　　　Respondent. | NO. CV 07-2432 ABC (SS)<br><br><br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 4, 2013

　　　　　　　　　　　　　　　　　　　　/s/ Audrey B. Collins
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　AUDREY B. COLLINS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE